IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-183 JSW |
| Plaintiff, | **ORDER RE CORRESPONDENCE, AND ORDER TO SHOW CAUSE** |
| v. | |
| STEPHEN B. LOPEZ, | |
| Defendant. | |

The Court has received two letters from the Defendant, one of which was addressed to the Court and one of which was addressed to the Clerk. The Court shall provide defense counsel with copies of each letter, and shall file the originals under seal pending further order of the Court as a Court Exhibit. It is HEREBY ORDERED that defense counsel shall show cause in writing, by no later than June 30, 2014, why the Court should not unseal the letters and disclose them to the Government. If defense counsel believes her response should be filed under seal, she should file a request to do setting forth the factual and legal basis for her request.

**IT IS SO ORDERED.**

Dated: June 18, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE