United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN B. LOPEZ,<br><br>Defendant. | Case No. 13-cr-00183-JSW-1<br><br>**ORDER TO SHOW CAUSE AND SETTING BRIEFING SCHEDULE FOR HEARING**<br><br>Re: Dkt. Nos. 110, 113, 115 |

On July 23, 2021, the Government filed a motion for an order to show cause why the Defendant should not be held in civil contempt for his failure to turnover funds for payment toward restitution ordered by the Court. That motion is noticed for a hearing on August 31, 2021 at 1:00 p.m., and it shall remain on calendar pending further order of the Court. Pending further order of the Court, that hearing shall be in-person. However, the Court reserves the right to convert it to a telephonic hearing.

On July 28, 2021, Defendant filed a notice in which he asserts, *inter alia*, that this case "and all related Cases and Case numbers, sanctioning garnishment, lien, restitution, or otherwise, have been and are Assessed and Settled." (Dkt. No. 115 at 2.) He also states that he intends to "elevate these matters to the next level" if the Order Granting Motion to Turnover Funds Held by Defendant for Payment Toward Defendant's restitution Judgment" ("Turnover Order") and the Writ[s] of Continuing Garnishment are not "assessed, settled, and withdrawn." On that same date, the Government filed a further declaration in support of its motion for an Order to Show Cause and attached a copy of Defendant's Notice as an Exhibit. (*See* Dkt. No. 113.)

Having considered the Government's motion, the supplemental declaration, and Defendant's notice, the Court HEREBY ORDERS the Defendant to show cause why the Court

should not hold him in civil contempt for his failure to comply with the Turnover Order. Defendant may file a response to this Order by no later than August 13, 2021. The Government may file a reply by August 20, 2021.

**IT IS SO ORDERED**.

Dated: August 4, 2021

_____
JEFFREY S. WHITE
United States District Judge