**FILED**

AUG - 4 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Stephen B. Lopez,<br>Defendant. | Case No. 13-cr-00183-JSW-1<br><br>**ORDER FOR REMAND** |

For the reasons stated on the record during today's proceedings, IT IS SO ORDERED that the defendant, Stephen B. Lopez, is remanded into the custody of the United States Marshal.

**IT IS SO ORDERED.**

Dated: August 4, 2023

_____
DONNA M. RYU
United States Magistrate Judge