FILED
Aug 11 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>    v.<br><br>STEPHEN LOPEZ,<br><br>    Defendant. | Case No. 13-cr-00183-JSW-1<br><br>**ORDER FOR BRIEFING** |

After consultation with the Honorable Jeffrey S. White, the undersigned orders the government to file a brief that identifies all appropriate options for moving the case forward. The briefing must:

1. Provide an analysis of the court's options for enforcing the civil contempt order. At a minimum, the analysis should discuss (1) how long and under what circumstances Defendant can remain incarcerated pursuant to the civil contempt order; and (2) whether it is appropriate for the court to make a referral to the executive branch to consider filing a criminal contempt action against Defendant;

2. Set forth all efforts made by the government to identify and locate Defendant's assets to compensate his victims; and

3. Describe all resources the government can bring to bear to locate Defendant's assets to compensate his victims and how long the effort would take; and analyze whether the court has the power to incarcerate Defendant for a period of time (and if applicable, recommend

a period of time) so that the government can locate Defendant's assets to compensate his victims.

The government shall file its brief and serve it by hand delivery on Defendant at Santa Rita Jail by **August 18, 2023.** Along with service of the brief, the government shall provide Defendant with two pre-addressed and stamped envelopes so that Defendant can mail a responsive brief to the Clerk's Office for filing and serve the response on the government. Defendant is permitted but not required to submit a responsive brief. If he wishes to submit one, he must mail it to the Clerk's Office and serve it on the government by **August 25, 2023.**

**IT IS SO ORDERED.**

Dated: August 11, 2023

DONNA M. RYU
Chief Magistrate Judge