UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>STEPHEN B. LOPEZ,<br><br>    Defendant. | Case No. 13-cr-00183-JSW-1<br><br>**ORDER GRANTING APPLICATION FOR WRIT OF EXECUTION**<br><br>Re: Dkt. No. 173 |

Now before the Court for consideration is the application for a writ of execution filed by the United States of America (the "Government"). The application is directed to Defendant's residence, and which is held in the name of the CBW Land Trust (the "Trust"). The Government has applied for the writ as part of its efforts to collect restitution imposed by the Court when it sentenced Defendant.

The Court has considered the Government's application and its supplemental brief regarding nominee ownership, which documents the record and the myriad reasons why the Trust should not pose an obstacle to the Government's ability to execute on Defendant's residence. *See, e.g., Fourth Inv. LP v. United States*, 720 F.3d 1058, 1070 (9th Cir. 203); *United States v. Steele*, No. 318CV00063MMDWGC, 2019 WL 2411422, at *11 (D. Nev. June 7, 2019). The Court also has considered Defendant's responses, the most recent of which does not address the merits of the Government's argument about nominee ownership. (*See* Dkt. No. 189.) The Court finds that Stephen B. Lopez is the true beneficial owner of real property located at 3557 Crownridge Court, Fairfield, CA 94534 ("Subject Property). The Court further finds that CBW Land Trust holds title to Subject Property as Stephen B. Lopez's nominee.

      Accordingly, it is HEREBY ORDERED that the Court GRANTS the Government's Application for Writ of Execution.

      IT IS FURTHER ORDERED that a Writ of Execution commanding the United States Marshal to satisfy Defendant's judgment by levying on and selling property in which the defendant has a substantial nonexempt interest shall be issued by the Clerk of the Court.

      IT IS FURTHER ORDERED that the levy and sale of the Subject Property shall be conducted pursuant to 28 U.S.C. § 3203 and the provisions of the Federal Debt Collection Procedures Act, 28 U.S.C. § 3001 et seq.

**IT IS SO ORDERED**.

Dated: February 27, 2024

_____
JEFFREY S. WHITE
United States District Judge