UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>vs.<br>STEPHEN B. LOPEZ,<br>        Defendant.<br>_____<br>Stephen Bernard Lopez,<br>Real Party in Interest (RPII)<br>_____ | Case No.: CR13-00183<br>ORDER DENYING PETITION<br>~~ORDER~~ TO SUPERSEDE AND RETIRE ALL PREVIOUS BONDS<br>AND<br>RELEASE REAL PARTY IN INTEREST |

The Court having read and considered Real Party in Interest's PETITION TO SUPERSEDE AND RETIRE ALL PREVIOUS BONDS AND RELEASE REAL PARTY IN INTEREST and being fully advised ~~in the premises and good cause appearing therefore,~~ the Court DENIES the petition. Defendant is not released from his obligation to pay the restitution owed in this case.

~~IT IS HEREBY ORDERED that Real Party in Interest's bonds shall supersede all other bonds in this case; and~~

~~IT IS HEREBY ORDERED that Real Party in Interest, Stephen Bernard Lopez, living man, is hereby ordered released from any further liability.~~

~~DONE IN OPEN COURT this~~ April 16 , 2024.

_Jeffrey S. White_
Judge Jeffrey S. White

Page 1 of 1