ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
VIVIAN F. WANG (CABN 277577)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7431
Fax: (415) 436-6748
Vivian.Wang@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 13-0183-001 JSW |
|---|---|
| Plaintiff, | **WRIT OF ENTRY AND EVICTION ORDER** |
| v. | |
| STEPHEN B. LOPEZ, | |
| Defendant/Judgment Debtor. | |

TO:   United States Marshals Service

Upon the motion of the United States pursuant to 18 U.S.C. § 3664(m)(1)(A)(ii), Fed. R. Civ. P. 69(a)(1) and 28 U.S.C. §§ 1651, 3013 and 3203(g), the Court issues this Writ of Entry and Eviction Order to enforce the Court's prior order(s) regarding certain real property located at 3557 Crownridge Court, Fairfield, CA 94534 and legally described as APN: 0156-301-070; Lot 212, as shown on the Map entitled: "Rolling Hills, Unit No. 2, filed in the Office of the Recorder of Solano County, California on June 23, 1988 in Book 52 of Maps, at Page(s) 48" ("Subject Property"). *See, e.g.*, Dkt. Nos. 191, 193, 194.

The Court HEREBY ORDERS that:

1. All persons occupying the Subject Property, whether known or unknown, including Defendant Stephen Lopez and Robert Milano, shall immediately vacate the Subject

Property. All such persons are enjoined from interfering with levy, sale, and disposal of the Subject Property.

2. All personal property shall be removed from the Subject Property. Any personal property remaining at the Subject Property shall be considered abandoned and will be disposed of by the United States Marshals Service (USMS) at its discretion.

3. USMS, along with any federal, state and local law enforcement officers selected by USMS to ensure the safety of any person enforcing this Writ of Entry and Eviction Order, are hereby authorized to take any and all necessary steps to take possession of the Subject Property, including forcibly removing any occupants from the premises, breaking open and entering the Subject Property, evicting all persons located within the Subject Property, and seizing all personal property located withing the Subject Property.

4. USMS will oversee the occupants' departure from the Subject Property. If any occupants fail to vacate the Subject Property, they may be found to be in violation of this Writ of Entry and Eviction Order and may be punished for contempt in violation of 18 U.S.C. § 2232. Any other interference with anyone acting under the authority of this Writ of Entry and Eviction Order may be deemed a violation of a Court order and may be punished as a violation of 18 U.S.C. § 2232.

5. USMS is hereby authorized to issue a United States Marshals Deed to transfer title to the Subject Property from the current titled owner to any purchaser of the Subject Property who acquires the Subject Property pursuant to a sale of the Subject Property authorized by the Writ of Execution granted by this Court on or about February 28, 2024 (Dkt. No. 193).

**IT IS SO ORDERED.**

Dated: June 17, 2024

HONORABLE JEFFREY S. WHITE
United States Senior District Judge