UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN B. LOPEZ,<br><br>Defendant. | Case No. 13-cr-00183-JSW-1<br><br>**ORDER DENYING MOTION TO STAY**<br><br>Re: Dkt. No. 214 |

On June 18, 2024, Defendant filed a notice of appeal, which includes a motion to stay all actions by this Court, which would encompass the Order granting the Government's application for a writ of eviction. Under Federal Rule of Appellate Procedure 8, a motion to stay generally must be presented to the District Court in the first instance.

The Court considers four factors to determine whether a stay pending appeal is warranted: "(1) whether the stay applicant has made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies." *Nken v. Holder*, 556 U.S. 418, 426 (2009) (internal citation and quotations omitted).

The Court has ordered a writ of eviction and has authorized the Government to attach Defendant's residence to satisfy a restitution order. However, Defendant has not shown he is likely to prevail on the merits of his appeal. The Court also concludes the third and fourth factors weigh against a stay because purpose of the Order was to provide restitution to the victims of Defendant's crime.

//

Accordingly, the Court DENIES Defendant's motion to stay pending appeal.

**IT IS SO ORDERED**.

Dated: June 25, 2024

_____
JEFFREY S. WHITE
United States District Judge